# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | | |
|---|---|---|
| Jane Doe, et al., | ) | C.A. 8:10-2365-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **ORDER REOPENING CASE** |
| | ) | |
| New Leaf Academy of NC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a Joint Motion filed by Plaintiffs Jane and Joe Doe and Defendant Trails Carolina, LLC to moving the Court to Reconsider, Alter or Amend its Opinion and Order [Doc. 48] issued and filed on September 22, 2011. The Opinion and Order was issued in response to Defendant New Leaf Academy's Defendant New Leaf Academy's ("New Leaf") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), Federal Rule of Civil Procedure 12(b)3, or in the alternative to compel arbitration and dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)1 and (6), or in the alternative stay of this action pending arbitration of this dispute as mandated by the Federal Arbitration Act.

The Court dismissed the case without prejudice with regard to all parties and compelled the parties to participate in arbitration in the District of South Carolina.

It is now Ordered that the case be reinstated on the active jury trial docket with regard to Plaintiffs Jane and Joe Doe and Defendant Trails Carolina, LLC and that the Court will issue a new scheduling Order controlling the case.

*J. Michelle Childs*

_____
J. Michelle Childs
United States District Judge

November 28, 2011
Greenville, South Carolina