UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Jane Doe and Joe Doe, individually and on behalf of the minor, June Doe<br>　　　　　Plaintiff, | ) ) ) | C/A No.: 8:10-2365-JMC |
| | ) | |
| vs. | ) | **PLAINTIFF'S EXPERT**<br>**WITNESS IDENTIFICATION** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| New Leaf Academy of North Carolina, LLC; and Trails Carolina, LLC,<br>　　　　　Defendants,<br>_____ | ) ) ) ) | |

Pursuant to Rule 26, FRCP, Plaintiffs Jane and Joe Doe identify the expert witnesses that they expect and intend to call as experts at the trial of this matter as follows:

a)　　**Dr. Phoebe Brown**
　　　　**3510 Glenmore Avenue**
　　　　**Cincinnati, Ohio 45211**
　　　　**(813) 481-0221**

　　　　**Plaintiffs expect Dr. Brown to testify as a Psychological expert concerning the minor Plaintiff and the nature and extent of her damages arising out of the incident alleged in Plaintiff's Complaint.**

b)　　**Dr. Kenneth Manges**
　　　　**810 Sycamore Street, Suite 100**
　　　　**Cincinnati, Ohio 45202**
　　　　**(513) 784-1333**

　　　　**Plaintiffs expect Dr. Manges to testify as a Forensic Psychological and Vocational expert concerning the nature and extent of the minor Plaintiff's damages arising out of the incident alleged in Plaintiff's Complaint.**

c)     **Dr. Oliver Wood**
       **P.O. Box 24677**
       **Columbia, SC 29224**
       **(803) 736-1300**

**Plaintiffs expect Dr. Wood to testify as an Economic expert concerning the nature and extent of the minor Plaintiff's economic damages arising out of the incident alleged in Plaintiff's Complaint.**


d)     **Dr. Michael G. Conner**
       **965 NE Wiest Way, No. 2**
       **Bend, Oregon, 97701**
       **(541) 388-5660**

**Plaintiffs expect Dr. Connor to testify as a Liability expert and more specifically to the negligence and gross negligence of Defendant Trails Carolina LLC and its staff in the supervision of the minor plaintiff and the male campers present at the site of incident alleged in Plaintiff's Complaint and negligence of Defendant New Leaf Academy LLC in referring the minor Plaintiff to Trails Carolina LLC.**


**Plaintiff's experts are currently reviewing documents recently provided by Defendant Trails Carolina LLC and will prepare reports including all information required by FRCP 26(a)(2)(B) and provide them to the parties within the near future.**


                                        Respectfully Submitted,

                                        s/   Scott E. Kegel_____
                                        Scott E. Kegel (Fed ID #6839)
                                        P.O. Box 1125
                                        Charleston, SC 29402

Phone  (843) 723-1005
Fax  (843) 723-1056
sekegel@bellsouth.net

D. Scott Beard
P.O. Box 1124
Isle of Palms, SC 29451
(843) 886-3198
DScottBeard@bellsouth.net

William A. Posey
Keating Muething & Klekamp PLL
One E. Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone (513) 579-6535
Fax (513) 579-6457
WPosey@kmklaw.com

*Attorneys for Plaintiffs*