# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| **Jane Doe & Joe Doe, individually and on behalf of the minor, June Doe,** )<br>    **Plaintiff,** )<br>  )<br>  vs. )<br>  )<br>**New Leaf Academy of North Carolina; Trails Carolina, LLC; Dr. Sheneen Daniels & Carlyn Daubs & Create Clinical, Inc.,** )<br>  )<br>    **Defendants.** )<br>_____) | **Case No.: 8:10-02365-MGL**<br><br><br><br>**CONSENT ORDER** |

This matter comes before the Court on Defendant Dr. Sheneen Daniels' Motion to Dismiss [Docket Entry No. 85]. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon consent of the parties, it is hereby ORDERED that:

1. All individual claims asserted by Plaintiffs Jane Doe and Joe Doe against Dr. Sheneen Daniels, including but not limited to any claims for medical expenses and other damages, shall be DISMISSED WITH PREJUDICE; and

2. All claims against Defendant Create Clinical, Inc. shall be DISMISSED WITH PREJUDICE; and

3. This Order shall not affect any claims brought by Plaintiffs Jane Doe and Joe Doe on behalf of the minor, June Doe, or any other remaining claims or defenses of the parties herein.

**IT IS SO ORDERED.**

                                              **s/**Mary Geiger Lewis  
                                              United States District Judge

September 26, 2012  
Spartanburg, South Carolina

WE CONSENT TO ENTRY OF THE FOREGOING ORDER:

*s/Scott E. Kegel*_____  
Scott E. Kegel (Fed. Bar No. 6839)  
Attorney for Plaintiffs

*s/Sarah Day Hurley*_____  
Sarah Day Hurley (Fed. Bar No. 7267)  
Attorney for Defendants Sheneen Daniels and Create Clinical, Inc.

2